UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                       CASE NO.   3:10cr43/MCR/CJK
                                                                            3:14cv64/MCR/CJK
ERNEST MALLETY
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 4, 2017. ECF No. 640. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. Furthermore, specifically as to Ground Two, the Court agrees with the Magistrate Judge that Mr. Mallety is not entitled to an evidentiary hearing because the record in this case affirmatively contradicts his assertion that he would have entered a guilty plea had the benefits of a guilty plea, including credit for acceptance of responsibility under the Sentencing Guidelines, been explained to him by his defense

counsel prior to trial.  *See United States v. Laetividal-Gonzalez*, 939 F.2d 1455, 1465 (11th Cir. 191)(quoting *Holmes v. United States*, 876 F.2d 1545, 1553 (11th Cir. 1989)); *see also Peoples v. Campbell*, 377 F.3d 1208 (11th Cir. 2004); *Tejada v. Dugger*, 941 F.2d 1551 (11th Cir. 1991); *see also Osley v. United States*, 751 F.3d 1214 (11th Cir. 2014).

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to vacate, set aside, or correct sentence, ECF No. 519, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of March, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:10cr43/MCR/CJK; 3:14cr64/MCR/CJK